1  Laura J. Baughman, CA SBN 263944
   Baron & Budd, P.C.
2  3102 Oak Lawn Avenue, Suite 1100
   Dallas, Texas 75219
3  Telephone: (214) 521-3605
   Facsimile: (214) 520-1181
4  Email: lbaughman@baronbudd.com

5  *Attorney for Plaintiffs*

6  Alycia A. Degen, SBN 211350
   adegen@sidley.com
7  Bradley J. Dugan, SBN 271870
   bdugan@sidley.com
8  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
9  Los Angeles, California 90013
   Telephone:  1-213-896-6000
10 Facsimile:  1-213-896-6600

11 *Attorneys for Defendants and Specially Appearing
   Defendants Bayer Corporation, Bayer Essure Inc.,*
12 *Bayer HealthCare LLC, Bayer HealthCare
   Pharmaceuticals Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEANNA BLANKENSHIP, *et al.*; | CASE NO. 3:17-cv-02230-WHA |
| Plaintiffs, | **JOINT STIPULATION TO REMAND;** ~~**[PROPOSED]**~~ **ORDER** |
| v. | |
| BAYER CORP., an Indiana corporation; BAYER HEALTHCARE LLC, a Delaware company; BAYER ESSURE INC. (F/K/A CONCEPTUS, INC.), a Delaware corporation; BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

Plaintiffs Leanna Blankenship, *et al.*, and defendants and specially-appearing defendants Bayer Corporation, Bayer Essure Inc., Bayer HealthCare LLC, and Bayer HealthCare Pharmaceuticals Inc. (collectively, "Bayer"), hereby stipulate and agree as follows:

1. Plaintiffs filed their initial Complaint on March 10, 2017, and their First Amended Complaint on March 21, 2017, in the Superior Court for the State of California, County of Riverside. In their Complaint and First Amended Complaint, Plaintiffs asserted claims involving the Essure® Permanent Birth Control System (the "Essure® Device").

2. On April 3, 2017, the Coordination Trial Judge of the Superior Court of the State of California, County of Alameda, granted Plaintiffs' petition for coordination of add-on case with the Judicial Council Coordinated Proceeding ("JCCP") 4887.

3. On April 21, 2017, Bayer removed the matter from the Alameda County Superior Court to the United States District Court for the Northern District of California.

4. On April 21, 2017, Bayer filed an administrative motion to relate this matter to another matter pending in the Northern District of California involving the Essure® Device, captioned as *Elizabeth Ann Sangimino, et al. v. Bayer Corp., et al.*, Case No. 3:17-cv-01488-WHA.

5. Bayer filed its Motion to Dismiss on April 28, 2017, on the grounds of federal preemption, among other grounds.

6. On May 3, 2017 the parties filed a stipulation to stay briefing on Plaintiffs' anticipated Motion to Remand, and on Defendants' Motion to Dismiss pending the Northern District of California's rulings on the Motion to Dismiss and Motion to Remand in *Sangimino*. The Court granted the parties' Stipulation on May 4, 2017.

7. On May 19, 2017, Plaintiffs moved to remand this action to the Superior Court of Alameda County, State of California, pursuant to 28 U.S.C. § 1447, on the grounds that this Court lacks jurisdiction over this action.

8. On June 9, 2017, this Court granted Plaintiffs' Motion to Remand in the *Sangimino* matter and denied the Motion to Dismiss as moot.

9. The parties have met and conferred and agree to remand this case to the Alameda County Superior Court.

10. The parties thus respectfully ask the Court to enter an order remanding this case to state court based on the stipulation of the parties.

IT IS SO STIPULATED.

Dated: June 19, 2017					BARON & BUDD, P.C.

						By: /s/Laura J. Baughman
						    Laura J. Baughman
						    Sindhu S. Daniel
						    Russell W. Budd

						    *Attorneys for Plaintiffs*

Dated: June 19, 2017					SIDLEY AUSTIN LLP

						By: /s/Alycia A. Degen
						    Alycia A. Degen
						    Bradley J. Dugan

						    *Attorneys for Defendants and Specially Appearing Defendants Bayer Corporation, Bayer HealthCare LLC, Bayer Essure Inc., and Bayer HealthCare Pharmaceuticals Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANNA BLANKENSHIP, et al;<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORP., an Indiana corporation; BAYER HEALTHCARE LLC, a Delaware company; BAYER ESSURE INC. (F/K/A CONCEPTUS, INC.), a Delaware corporation; BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO. 3:17-cv-02230-WHA**<br><br>~~[PROPOSED]~~ **ORDER RE JOINT STIPULATION TO REMAND** |

PURSUANT TO THE PARTIES' STIPULATION, and for good cause shown, IT IS ORDERED THAT Blankenship v. Bayer Corporation, Case No. 3:17-cv-02230-WHA, be remanded to the Superior Court of the State of California, County of Alameda.

DATED:  June 20, 2017.  _____
Honorable William Alsup