Laura J. Baughman, CA SBN 263944
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
Email: lbaughman@baronbudd.com

*Attorney for Plaintiffs*

Alycia A. Degen, SBN 211350
adegen@sidley.com
Bradley J. Dugan, SBN 271870
bdugan@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: 1-213-896-6000
Facsimile: 1-213-896-6600

*Attorneys for Defendants and Specially Appearing Defendants Bayer Corporation, Bayer Essure Inc., Bayer HealthCare LLC, Bayer HealthCare Pharmaceuticals Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANNA BLANKENSHIP, *et al.*;<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORP., an Indiana corporation; BAYER HEALTHCARE LLC, a Delaware company; BAYER ESSURE INC. (F/K/A CONCEPTUS, INC.), a Delaware corporation; BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:17-cv-02230-WHA<br><br>**JOINT STIPULATION TO REMAND; [PROPOSED] ORDER** |

Plaintiffs Leanna Blankenship, *et al.*, and defendants and specially-appearing defendants Bayer Corporation, Bayer Essure Inc., Bayer HealthCare LLC, and Bayer HealthCare Pharmaceuticals Inc. (collectively, "Bayer"), hereby stipulate and agree as follows:

1. Plaintiffs filed their initial Complaint on March 10, 2017, and their First Amended Complaint on March 21, 2017, in the Superior Court for the State of California, County of Riverside. In their Complaint and First Amended Complaint, Plaintiffs asserted claims involving the Essure® Permanent Birth Control System (the "Essure® Device").

2. On April 3, 2017, the Coordination Trial Judge of the Superior Court of the State of California, County of Alameda, granted Plaintiffs' petition for coordination of add-on case with the Judicial Council Coordinated Proceeding ("JCCP") 4887.

3. On April 21, 2017, Bayer removed the matter from the Alameda County Superior Court to the United States District Court for the Northern District of California.

4. On April 21, 2017, Bayer filed an administrative motion to relate this matter to another matter pending in the Northern District of California involving the Essure® Device, captioned as *Elizabeth Ann Sangimino, et al. v. Bayer Corp., et al.*, Case No. 3:17-cv-01488-WHA.

5. Bayer filed its Motion to Dismiss on April 28, 2017, on the grounds of federal preemption, among other grounds.

6. On May 3, 2017 the parties filed a stipulation to stay briefing on Plaintiffs' anticipated Motion to Remand, and on Defendants' Motion to Dismiss pending the Northern District of California's rulings on the Motion to Dismiss and Motion to Remand in *Sangimino*. The Court granted the parties' Stipulation on May 4, 2017.

7. On May 19, 2017, Plaintiffs moved to remand this action to the Superior Court of Alameda County, State of California, pursuant to 28 U.S.C. § 1447, on the grounds that this Court lacks jurisdiction over this action.

8. On June 9, 2017, this Court granted Plaintiffs' Motion to Remand in the *Sangimino* matter and denied the Motion to Dismiss as moot.

1

**JOINT STIPULATION TO REMAND; CASE NO. 3:17-cv-02230-WHA**

9. The parties have met and conferred and agree to remand this case to the Alameda County Superior Court.

10. The parties thus respectfully ask the Court to enter an order remanding this case to state court based on the stipulation of the parties.

IT IS SO STIPULATED.

Dated: June 19, 2017  BARON & BUDD, P.C.

By: /s/Laura J. Baughman
Laura J. Baughman
Sindhu S. Daniel
Russell W. Budd

*Attorneys for Plaintiffs*

Dated: June 19, 2017  SIDLEY AUSTIN LLP

By: /s/Alycia A. Degen
Alycia A. Degen
Bradley J. Dugan

*Attorneys for Defendants and Specially Appearing Defendants Bayer Corporation, Bayer HealthCare LLC, Bayer Essure Inc., and Bayer HealthCare Pharmaceuticals Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANNA BLANKENSHIP, et al;<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORP., an Indiana corporation; BAYER HEALTHCARE LLC, a Delaware company; BAYER ESSURE INC. (F/K/A CONCEPTUS, INC.), a Delaware corporation; BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO. 3:17-cv-02230-WHA**<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO REMAND** |

PURSUANT TO THE PARTIES' STIPULATION, and for good cause shown, IT IS ORDERED THAT Blankenship v. Bayer Corporation, Case No. 3:17-cv-02230-WHA, be remanded to the Superior Court of the State of California, County of Alameda.

DATED: June 20, 2017.  _____
Honorable William Alsup